Pearson, J.
 

 This was an action of debt upon a constable's bond.
 

 The defendant, Burcham, was appointed constable at May term 1S43, (no appointment of constable for his district having been made at February Term.) The claim, for which this action is brought, was püt into his hands
 
 *437
 
 in March 1844. It was insisted, that Burcham’s term of office expired at February Court 1844, and it was so decided, and the plaintiff appealed. We concur in the opinion. February term is the time fixed on, by law, for the appointment of constables, and if one is appointed at a subsequent term, his term of office expires at the next February term.
 

 This is the construction given to the statute in
 
 State
 
 v.
 
 Wilroy,
 
 10 Ire. 330. There is no error in the judgment below.
 

 Per Curiam. Judgment affirmed.